# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARK TOMEI,** as Personal Representative of the
Estate of **MARIE TOMEI,**
Appellant,

v.

**THOMAS TOMEI,**
Appellee.

Nos. 4D19-921 and 4D19-2723

[July 2, 2020]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 50-2017-CP-001627-XXXX-SB.

James G. Pressly, Jr., of Pressly, Pressly, Randolph & Pressly, P.A., Palm Beach, for appellant.

Edward Downey and Robert A. Wight of Downey|McElroy, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***